UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CHRISTINE N. HERRERA,

       Plaintiff,

   vs.

CAPITAL ONE BANK (USA), N.A.,

       Defendant.

Case No.: 1:20-cv-01472-DAD-BAM

**ORDER EXTENDING TIME TO FILE DISMISSAL DOCUMENTS**

(Doc. No. 14.)

On January 29, 2021, the parties filed a Notice of Settlement with a request for ninety (90) days to file dismissal documents. (Doc. No. 12.) On February 1, 2021, the Court ordered the parties to file dismissal documents not later than February 22, 2021. (Doc. No. 13.) On February 22, 2021, Plaintiff Christine Herrera filed a motion for extension of time to file dismissal documents. (Doc. No. 14.)

Pursuant to the Plaintiff's motion, and good cause appearing, the motion for extension of time to file dismissal documents is GRANTED. (Doc. No. 14.) The parties shall file appropriate papers to dismiss or conclude this action in its entirety within thirty (30) days of the date of this Order. The Motion Hearing scheduled for March 26, 2021 is VACATED.

IT IS SO ORDERED.

Dated:   **February 25, 2021**         /s/ *Barbara A. McAuliffe*

                                         UNITED STATES MAGISTRATE JUDGE